JULIE M. MCCOY, Bar no. 129640
LAW OFFICES OF JULIE M. MCCOY
485 E. 17TH ST. SUITE 390
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   A CV05 1691 |
| Plaintiff, | |
| vs. | SUMMONS |
| JOHN MORENO, AKA JOHN F. MORENO, | |
| Defendant | |

TO THE ABOVE-NAMED DEFENDANT, You are hereby summoned and required to file with the court and serve upon:

Plaintiff's attorney, whose address is:
   JEFFRIES ADVOCATES LAW OFFICES
   485 E. 17TH STREET, STE. 390
   COSTA MESA, CA 92627

an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Date:      MAR   8 2005

SHERRI R. CARTER, CLERK

By: _____
Deputy Clerk

(SEAL OF THE COURT)

SUMMONS