

FILED
CLERK, U.S. DISTRICT COURT

AUG – 1 2005

CENTRAL DISTRICT OF CALIFORNIA
BY        SB        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

JOHN MORENO aka JOHN F. MORENO

DEFENDANT(S).

CASE NUMBER

ACV 05-1691

**DEFAULT BY CLERK**
**F.R.Civ.P. 55(a)**

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

JOHN MORENO aka JOHN F. MORENO

DOCKETED ON CM

AUG – 1 2005

BY                    0

Clerk, U. S. District Court

By  SHARON HALL-BROWN

AUGUST 1, 2005

Date

Deputy Clerk

CV-37 (10/01)          DEFAULT BY CLERK F.R.Civ.P. 55(a)